STATE OF NEW JERSEY v. EDWIN GARCIA.

January 24, 1989.

Petition for certification denied.

STATE IN THE INTEREST OF T.W.

January 24, 1989.

Petition for certification denied.

FITCHBURG MUTUAL INSURANCE COMPANY v.
MACE GASSMAN, ET AL.

January 24, 1989.

Petition for certification denied.

NEW JERSEY DIVISION OF YOUTH AND FAMILY
SERVICES v. M.S.

January 24, 1989.

Petition for certification denied.